Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | |
|---|---|
| Donna M. Chisolm-Mitchell<br>David A. Chisolm-Mitchell<br>_____<br>Plaintiff(s)<br>*(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)*<br>-v-<br>Advantage Care Physcran<br>NYPD, Det. Raymond Abear<br>_____<br>Defendant(s)<br>*(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names.  Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☐ Yes  ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

Name                Donna M. Chisolm-Mitchell +
Address             Dwaid A Chisolm-Mitchell   8569 Chevy Chase 1st
                    Jamaica            ny            11432
                    _____City_____  ___State___  ___Zip Code___

County              Queens
Telephone Number    719 - 201 - 6509
E-Mail Address      donnamitchell34@gmail.com

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title (if known) and check whether you are bringing this complaint against
them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
      Name                  Advantage Care Physcian
      Job or Title (if known)  Doctor Najima Ahmed
      Address               180 - 05 Hillside Ave
                            Jamaica         ny          11432
                            ___City___      __State__   __Zip Code__
      County                Queens
      Telephone Number      718 526 - 6300
      E-Mail Address (if known)

      ☐ Individual capacity   ☑ Official capacity

Defendant No. 2
      Name                  NYPD   112th Precinct
      Job or Title (if known)  Dct. Raymond ABear
      Address               68 - 40 Austin St
                            Forest Hills      NY         11375
                            ___City___        __State__  __Zip Code__
      County                Queens
      Telephone Number      718 520 - 9311
      E-Mail Address (if known)

      ☐ Individual capacity   ☑ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

                         *City*           *State*        *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

                         *City*            *State*        *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Tampering with Medical Records*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Police Station  and  Doctors office

B.    What date and approximate time did the events giving rise to your claim(s) occur?

on or about
7/17/2017

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please  See  attached

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV.   **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Ruined my future Job

V.   **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

5 Million, My Career has been ruined. I need my name Cleared.

I, Donna M Chisolm-Mitchell, a wife of a Staff Sergeant Soldier made a formal complaint to the CID unit in Baumholder Germany.  It was brought to my attention that my son, was molested by a member of my husbands family when he was between the age of 3-5 years old.  CID in Baumholder, Germany suggested that me and my son meet two military personnel at the 112th percent in Forest hills, Queens on or about July 17, 2017.  At the time my son was taking a class at Columbia University and seeking therapy. So when we went to the percent  Detective  Raymond Abear  112 along with to other member of the military interviewed me first.  I was told during the interview  that children who experienced this type of trauma are usually depressed and suicidal.  I explained  to the group that my son was in therapy and we were here just to file a formal complaint.  The detective said during the interview if your son seems depressed   during the interview we will call an ambulance.  I specifically told them again we are here to make a formal complaint and that he is currently in therapy.

After being interviewed  my son was called to sit with the detective and the other military officials.  Twenty  minutes later the Ambulance was head back to the room where my son was , I ran back there and asked them to release him, The detective called my a "nigger" and said this is  how we treat "niggers" .  He asked an Officer to hand cuff me and take this nigger to the Psych ward at Elmhurst hospital.   They told me this is what we do to niggers.  The officer hand cuff me in front of my son.  The detective told my son if he dose not got to the psych ward they will drag him down the hall to the ambulance, because that is what we do to "niggers".  The detective said he was also calling ACS to ruin you as a nigger, and flick his collar up on his jacket.

I live in a two million dollar house, have scholarships into medical schools, offered teaching fellowship, raised my children in private schools.  Currently I am working on two masters one in  psychology and the other in biochemistry.   My son is currently 18 years old and has his associates degree.  I raised my children with class.

I then made a formal complaint to the Civilian review board (CRB) again the detective.  So that  the detective to get exonerated from all charges from the CRB some one changed my medical records to reflect back in 2016 a was a psychological risk.  I never had knowledge of this on my medical records.  Doctor Najma Ahmed, said that she was told by the NYPD to help the officer  get exonerated and   that I was just a "nigger".

Now that my records are tarnished Teaching, and other professional positions are at risk.  I was told by the board of education that a full explanation of the ACS call would be needed.  My medical records being tamper with is another marking I must give explanation to .

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _7/13/20_

Signature of Plaintiff    _Donna Mc Chisolm Mitchel_

Printed Name of Plaintiff    _Donna M Chisolm-Mitchell_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____